[942 NE2d 1046, 917 NYS2d 621]

Myra Lehman, Appellant, v North Greenwich Landscaping, LLC, et al., Respondents.

Argued January 5, 2011; decided February 10, 2011

APPEARANCES OF COUNSEL

*Arthur Paul Condon, Jr.*, Rye, for appellant.

*Law Office of Lori D. Fishman*, Tarrytown (*George R. Dieter* of counsel), for North Greenwich Landscaping, LLC, respondent.

*Thomas D. Hughes*, New York City, *Richard C. Rubinstein* and *David D. Hess* for Horton School Associates, respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs.

Defendant-respondent North Greenwich Landscaping, LLC, in contracting to render snow removal services to property owner Horton School Associates, did not assume a duty of care toward third parties who used the property (*see e.g. Eaves Brooks Costume Co. v Y.B.H. Realty Corp.*, 76 NY2d 220, 226 [1990]; *Moch Co. v Rensselaer Water Co.*, 247 NY 160, 167-168 [1928]). In the circumstances of this case, the Appellate Division correctly held that the property owner did not relinquish its duty to inspect and safely maintain the premises (*see Espinal v Melville Snow Contrs.*, 98 NY2d 136, 141 [2002]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

Order affirmed, with costs, in a memorandum.